WESTERN DISTRICT OF MI U.S. DISTRICT COURT

HON. MAARTEN VERMAAT
- DEFENDANT

FILED
September 12, 2022 11:16 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY: /s/ 9/12

1:22-cv-840
Gordon J Quist - U.S. District Judge
Phillip J Green - Magistrate Judge

VS.

KEVIN W. CASSADAY    IN # 71417-509
- PLAINTIFF

JURISDICTION:

THE DEF. HAS BEEN OUT OF MARQUETE, MI;

THE W.D. OF MI N. DIV. USDC. THIS IS THE

PROPER COURT.

P. 1-7

COMPLAINT:

DEF. HAS ILLEGALLY DETAINED PLTF. FOR NOW 310+ DAYS, PLTF. HAS ENDOURED TORTURE LIKE ENVIRONMENTS, INHUMANE CONDITIONS, NO RECREATION DUE TO A POLITICAL SUBDIVISION OF THE U.S.A.'S AGENDA THAT FALLS UNDER 18 USC § 2331(5).

PLTF. HAS BEEN BLOCKED FROM PROCEEDINGS, IN VIOL. OF HIS CONST. RIGHTS, SELF REPRESENTATION, DUE PROCESS, SPEEDY TRIAL ACT, BAIL REFORM ACT, ALLOWING PLTF'S COUNSEL & U.S. ATTY. TO VIOLATE 18 USC § 3161 & ALL SHOULD

P.2-7

BE SUBJECT TO 18 USC § 3162, EVEN

THE JUDGE.

THIS ACTION IS BROUGHT UNDER 28 USC

§ 2241 (CONSTITUTIONAL VIOLATIONS), THERE

IS NO WARRANT FOR PLTF.'S ARREST & THEN

PLTF. WAS GIVEN INEFFECTIVE COUNSEL UNDER

18 USC § 2333 & SUCH PUBLIC DEFENDERS

FALL UNDER 18 USC § 1203.

DEF. HAS FAILED TO 42 USC § 1986,

IN WHICH 42 USC § 1983, § 1985, § 1988,

§ 1997a, § 1997e & ALL OTHER APPLICABLE

UNDER TITLE 42

p. 3 - 7

DEF. HAS FAILED TO PROTECT PLTF. OF UNDUE,

CRUEL & UNUSUAL PUNISHMENT BY HIS CUSTODIANS

OF NEWAYGO COUNTY JAIL

W.D. OF MI USDC

1:22-CV-683    CASSADAY VS. NCJ
1:22-CV-723    CASSADAY VS. BOB MENDHAM

ON 8-30-2022 PLTF. HAD PAIN INFLICTED UPON

HIM FOR WRITING GRIEVANCES OF OVERBOOKING BY

TREVOR SHERMAN & SGT. MIKE & OTHER SGT.S

CONSPIRED TO TREAT PLTF. LIKE SHIT, NO

BOAT, NOT PROPER MEDICAL CARE, ABUSE TO A

DISABLED HUMAN BEING, BLOCKING ACCESS TO

P. 4-7   CMH,

PLTF. SEEKS IMMIDIATE RELEASE & 28 USC § 2251 OR § 2253 (STAY STATE PROCEEDINGS).

$50,000.00 PER DAY OF ILLEGAL DETENTION, & TRUTH TOLD OF THE ABUSE TO PLTF. BY ALL.

PLTF'S 1ST, 4TH, 5TH, 6TH, 8TH, 13TH, & 14TH US CONST. AMND'S HAVE BEEN VIOLATED.

PLTF. FALLS UNDER FED. CRIM R. 12.3(a)(1) & HAS NOT BEEN RESPECTED.

CHARGES:

- 18 USC § 115(a)(1)(B) IS AN 18 USC § 19 WHICH IS 18 USC § 3559(a)(9)

- 18 USC § 875(c) IS A FRIVOLOUS CHARGE PER

p.5-7

18 USC §10.

PLTF. WAS BEING ABUSED BY LAW ENFORCEMENT,

NOW EX-SPOUSE, BUSINESSES, DOCTORS, ATTORNEYS

IN ATTEMPT TO 25 USC §173 & MCL 750.348

PLTF.

THE ABUSE WAS 18 USC §242, 18 USC §1512 &

§1513 ALL PART OF A CONSPIRACY TO DEPRIVE

PLTF. INTO CUSTODY, & STILL ACTIVE BY THE

VERY COURTS PLTF. FOLLOWED THE LAW TO 18 USC §4.

THIS SYSTEM IS ABUSIVE AS SHOWN BY PLTF.,

BUILT TO 18 USC §1091 PLTF. FOR WHITE

COLLARED SNOBS.

p. 6-7

THE SAME EXPERIENCES SHOULD BE INFLICTED UPON ALL, ESP. TICKS IN CELLS, NO REC., POOR FOOD, ABUSIVE GUARDS, & NO HELP OR VOICE!

PLTF'S LIFE HAS BEEN RUINED TO DATE, MARRIAGE DESTROYED, & FALSE NARRATIVE PROTECTED BY THE W.D. OF MI USDC.

SLEEPING ON STEEL PLATE & CONCRETE IS REQUESTED TO ALL.

<u>AFFIDAVIT</u>: THESE DOCUMENTS ARE TRUE & CORRECT UNDER PENALTY & PERJURY.

9-9-2022   Kevin Cassaday # 9178
NCJ
P.O. BOX 845
WHITE CLOUD, MI 49349

P. 7-7

Cassaday
NCJ
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
8 SEP 2022 PM 1 L

★ Rtm. Svc. Rqst.

THIS MAIL HAS ORIGINATED FROM THE NEWAYGO COUNTY JAIL

U.S. COURT CLERK
202 W. Washington St.
P.O. Box 698
Marquette, MI 49855

★ Legal mail

49855-069898

